1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.sladden@usdoj.gov
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | AMERICAN SMALL BUSINESS           )   No. CV-11-1795 CRB
   | LEAGUE,                           )
14 |                                   )
   |     Plaintiff,                    )
15 |                                   )   STIPULATION AND [PROPOSED]
   |     v.                            )   ORDER TO CONTINUE TIME FOR
   |                                   )   FEDERAL DEFENDANT TO FILE
16 | UNITED STATES DEPARTMENT OF       )   RESPONSIVE PLEADING AND/OR
   | HOUSING AND URBAN                 )   ANSWER
17 | DEVELOPMENT,                      )
   |                                   )
18 |     Defendant.                    )
   |                                   )
19

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR FEDERAL DEFENDANT TO FILE
RESPONSIVE PLEADING AND/OR ANSWER]
CV-11-1795 CRB

1   The plaintiff American Small Business League, ("Plaintiff") and the federal defendant
2   United States Department of Housing and Urban Development ("Federal Defendant")[1] by and
3   through their counsel stipulate to the following:
4   WHEREAS, the Federal Defendant's responsive pleading is currently due on May 31,
5   2011;
6   WHEREAS, the parties are attempting to resolve this matter informally;
7   WHEREAS, the Federal Defendant seeks additional time to prepare a responsive
8   pleading and or answer, if informal resolution is not possible;
9   ACCORDINGLY, the parties agree and stipulate as follows:
10  The parties agree that the Federal Defendant shall have until June 10, 2011 to file a
11  responsive pleading in this action.
12  So Stipulated.
13  DATED: May 31, 2011                           Respectfully submitted,
14                                                MELINDA HAAG
                                                  United States Attorney
15
                                                      /s/ Melissa Sladden
16                                                _____
                                                  MELISSA BROWN SLADDEN
17                                                Assistant United States Attorney
18  DATED: May 31, 2011
19                                                ROBERT BELSHAW
                                                  Gutierrez & Associates
20
                                                      /s/ Robert Belshaw
21                                                _____
                                                  ROBERT BELSHAW
22                                                Attorney for the Plaintiff
23
24
25
26
27  _____
28  [1]The Federal Defendants are specially appearing for the purposes of filing this stipulation.

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR FEDERAL DEFENDANT TO FILE
RESPONSIVE PLEADING AND/OR ANSWER]
CV-11-1795 CRB

[~~PROPOSED~~] **ORDER**

Pursuant to the stipulation of the parties, the Federal Defendant shall have until June 10, 2011 to file and serve a responsive pleading and or answer.

IT IS SO ORDERED

Dated: _June 1, 2011_____



IT IS SO ORDERED
Judge Charles R. Breyer

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING AND/OR ANSWER]
CV-11-1795 CRB